**Marti VIKER, Relator,**

v.

**WAL–MART, and AIG/Claims Management, Inc., Respondents,**

and

**Noran Neurological Clinic, Noridian Administrative Services, LLC/Medicare, Intervenors.**

No. A05–313.

Supreme Court of Minnesota.

April 20, 2005.

Steven S. Fuller, Fuller Law Firm, Rochester MN, for Appellant.

Christopher Eric Sandquist, Gislason & Hunter LLP, Mankato, MN, for Respondent.

#### ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed January 19, 2005, be, and the same is, affirmed without opinion. *See Hoff v. Kempton,* 317 N.W.2d 361, 366 (Minn.1982) (summary dispositions have no precedential value because they do not commit the court to any particular point of view, doing no more than establishing the law of the case).

BY THE COURT:

/s/Russell A. Anderson
Associate Justice